FILED
September 23, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003788838

FLC-01

Cynthia Flahive - SBN 207823
FLAHIVE LAW CORPORATION
2360 East Bidwell Street Ste 105
Folsom, CA 95630

Ph: (916) 235-8689

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MARIO JOHN VALPERGA<br><br>JENNIFER JOY VALPERGA<br><br>Debtors' | Case No. 2009-45986<br>Hearing Date: October 24, 2011<br>Hearing Time: 10:00 a.m.<br>Location: 501 I Street, Sacramento, CA<br>7th Floor, Courtroom 28<br><br>Honorable Michael S. McManus<br>Docket Control No.: FLC-01 |

## MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' REAL PROPERTY

Cynthia Flahive of Flahive Law Corporation, on behalf of Mario John Valperga and Jennifer Joy Valperga, the Debtors herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtors' Real Property. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on November 28, 2009. Thomas E. May was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtors own Real Property. In particular, Debtors own three different real properties located at 26 Remington Street, Rochester, New York 14621; 138 Maryland Street, Rochester, New York 14613; and 23 Reed Park, Rochester, New York 14605.

3. According to the filed Schedule A (See exhibit #1 attached hereto), the Debtors have placed values on these properties in the aggregate total of $80,000.

Motion to Compel   1

4. As shown in Schedule D (See exhibit #2 attached hereto), the Debtors assert that Bank of America holds liens against the Real Property located at 26 Remington Street, Rochester, New York 14621 and 138 Maryland Street, Rochester, New York 14613 in the amount of $39,880 and $38,880 respectively.

5. As shown in Schedule C (see exhibit #3 attached hereto), the Debtors have not claimed exemptions against the values of the Real Property.

6. Trustee Thomas E. May has reviewed the values and condition of the Real Property and determined that the Real Property is not marketable and has no value or has inconsequential value to the Bankruptcy Estate.

7. Trustee Thomas E. May has filed the Trustee's Final Report on December 23, 2010.

8. Debtors wish to dispose the Real Property and to remove themselves from title as the Real Property has been incurring local fines and fees due to its condition and lack of repair.

9. The Debtors assert that based on the Trustee's investigation report, it does not appear that the Real Property can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedule D attaching to the Real Property-related assets and (b) the exemptions, if any, in Schedule C claimed by the Debtors.

10. The Debtors are aware that, under the provisions of Title 11, US Code §554(a), the Trustee may abandon any Property of the Estate that is burdensome or of inconsequential value and benefit to the Estate.

11. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon Property of the Estate.

Wherefore, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtors' Real Property.

Respectfully submitted on September 19, 2011.

_____
Cynthia Flahive
Flahive Law Corporation

Motion to Compel 3

```
 1  FLC-01
     Cynthia Flahive - SBN 207823
 2   FLAHIVE LAW CORPORATION
     2360 East Bidwell Street Ste 105
 3   Folsom, CA 95630

     Ph: (916) 235-8689
 4
                        UNITED STATES BANKRUPTCY COURT
 5
                         EASTERN DISTRICT OF CALIFORNIA
 6

 7   In Re:                              Case No. 2009-45986
                                         Hearing Date: October 24, 2011
 8   MARIO JOHN VALPERGA                 Hearing Time: 10:00 a.m.
                                         Location:  501 I Street, Sacramento, CA
 9   JENNIFER JOY VALPERGA                          7th Floor, Courtroom 28

10                              Debtors' Honorable Michael S. McManus
                                         Docket Control No.: FLC-01
11

12

13  EXHIBITS: Schedules A, B, C & D from 2009-45986

14

...

27  Exhibits                           1
```

In re   Mario John Valperga,                                             Case No.   2009-45986
        Jennifer Joy Valperga
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Location: 4028 Blacksmith Ct., Placerville CA | Fee simple | J | 685,000.00 | 750,000.00 |
| 26 Remington St., Rochester NY | Fee simple | W | 30,000.00 | 39,880.00 |
| 138 Maryland St., Rochester NY | Fee simple | H | 20,000.00 | 38,880.00 |
| 23 Reed Park, Rochester NY | Fee simple | J | 30,000.00 | 0.00 |

                                                       Sub-Total >    765,000.00    (Total of this page)

                                                       Total >        765,000.00

  0   continuation sheets attached to the Schedule of Real Property
                                                       (Report also on Summary of Schedules)

In re  Mario John Valperga,  
      Jennifer Joy Valperga  
                                           Debtors

Case No. __2009-45986__

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash in Wallet**<br>**Location: 4028 Blacksmith Ct., Placerville CA** | C | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Joint Checking Account - Schools Credit Union** | J | 1,000.00 |
| | | **Savings Account - Patelco Credit Union** | W | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Upright Piano**<br>**Location: 4028 Blacksmith Ct., Placerville CA** | C | 300.00 |
| | | **Misc. Household Goods and Furnishings none with a value more than $525.00**<br>**Location: 4028 Blacksmith Ct., Placerville CA** | C | 2,440.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Used Clothes**<br>**Location: 4028 Blacksmith Ct., Placerville CA** | C | 50.00 |
| 7. Furs and jewelry. | | **Misc Used Jewelry (2 wedding rings, earrings, necklace)**<br>**Location: 4028 Blacksmith Ct., Placerville CA** | C | 700.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **5 Bicycles**<br>**Location: 4028 Blacksmith Ct., Placerville CA** | C | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Western Reserve Life Insurance Policy**<br><br>**Life Insurance Loan Against this plan for $2,861** | H | 2,861.00 |

                                                                           Sub-Total >     **7,601.00**  
                                                                         (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re  **Mario John Valperga,**  
     **Jennifer Joy Valperga**  
                       Debtors

Case No. __2009-45986__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA Account - Prudential** | H | 22,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                        Sub-Total >    22,000.00  
                                                     (Total of this page)

Sheet __1__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

In re  Mario John Valperga,  Case No. __2009-45986__
      Jennifer Joy Valperga

Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Subaru Outback - 34,000 miles<br>Location: 4028 Blacksmith Ct., Placerville CA | J | 12,000.00 |
| | | 2000 Ford Excursion - 80,000 miles<br>Location: 4028 Blacksmith Ct., Placerville CA | J | 2,000.00 |
| | | Utility Trailer<br>Location: 4028 Blacksmith Ct., Placerville CA | J | 100.00 |
| | | 1997 25' Salem Trailer<br>Location: 4028 Blacksmith Ct., Placerville CA | J | 800.00 |
| 26. Boats, motors, and accessories. | | 2004 Malibu 23LSV, with trailer - 300 hours<br>Location: 4028 Blacksmith Ct., Placerville CA | J | 9,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >  23,900.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Mario John Valperga,**  Case No. __2009-45986__
     **Jennifer Joy Valperga**
                                         Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >        0.00
(Total of this page)
Total >        53,501.00

(Report also on Summary of Schedules)

In re    Mario John Valperga,                        Case No.    2009-45986
         Jennifer Joy Valperga
                                     Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash in Wallet | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Joint Checking Account - Schools Credit Union | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Savings Account - Patelco Credit Union | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| **Household Goods and Furnishings** | | | |
| Upright Piano | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| Misc. Household Goods and Furnishings none with a value more than $525.00 | C.C.P. § 703.140(b)(3) | 2,440.00 | 2,440.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| **Wearing Apparel** | | | |
| Misc. Used Clothes | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| **Furs and Jewelry** | | | |
| Misc Used Jewelry (2 wedding rings, earrings, necklace) | C.C.P. § 703.140(b)(4) | 700.00 | 700.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 5 Bicycles | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| **Interests in Insurance Policies** | | | |
| Western Reserve Life Insurance Policy | 11 U.S.C. § 522(b)(3)(C) | 2,861.00 | 2,861.00 |
| Life Insurance Loan Against this plan for $2,861 | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA Account - Prudential | 11 U.S.C. § 522(b)(3)(C) | 22,000.00 | 22,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Subaru Outback - 34,000 miles | C.C.P. § 703.140(b)(2) | 3,300.00 | 12,000.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | C.C.P. § 703.140(b)(5) | 8,700.00 | |
| 2000 Ford Excursion - 80,000 miles | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| Utility Trailer | C.C.P. § 703.140(b)(5) | 75.00 | 100.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |
| 1997 25' Salem Trailer | C.C.P. § 703.140(b)(5) | 800.00 | 800.00 |
| Location: 4028 Blacksmith Ct., Placerville CA | | | |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re  Marlo John Valperga,
Jennifer Joy Valperga

Case No. __2009-45986__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Boats, Motors and Accessories** <br> 2004 Malibu 23LSV, with trailer - 300 hours <br> Location: 4028 Blacksmith Ct., Placerville CA | C.C.P. § 703.140(b)(5) | 9,000.00 | 9,000.00 |
| | Total: | 53,476.00 | 53,501.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re  Mario John Valperga,  
       Jennifer Joy Valperga

Case No. __2009-45986__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx9499<br><br>Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | | W | 2007<br><br>First Mortgage<br><br>26 Remington St., Rochester NY<br><br>Value $ 30,000.00 | | | | 39,880.00 | 9,880.00 |
| Account No. xxxxxxxxx2399<br><br>Bank of America<br>PO Box 26078<br>Greensboro, NC 27420 | | H | 2007<br><br>First Mortgage<br><br>138 Maryland St., Rochester NY<br><br>Value $ 20,000.00 | | | | 38,880.00 | 18,880.00 |
| Account No. xxxxxx1011<br><br>Wells Fargo/First American<br>PO Box 14411<br>Des Moines, IA 50306 | | J | 3/13/2007<br><br>First Mortgage<br><br>Location: 4028 Blacksmith Ct., Placerville CA<br><br>Value $ 685,000.00 | | | | 750,000.00 | 65,000.00 |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 828,760.00 | 93,760.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 828,760.00 | 93,760.00 |